# THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HUSTEEL CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> U.S. STEEL CORPORATION, BOOMERANG ) <br> TUBE LLC, ENERGEX TUBE, TEJAS ) <br> TUBULAR PRODUCTS, TMK IPSCO, ) <br> VALLOUREC STAR, L.P., WELDED TUBE USA ) <br> INC., and MAVERICK TUBE CORPORATION, ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Ct. No. 14-00215 |

1

| | |
|---|---|
| NEXTEEL CO., LTD.,<br><br>      Plaintiff,<br><br>  and<br><br>ILJIN STEEL CORPORATION, HUSTEEL CO., LTD., AJU BESTEEL CO., LTD., and SEAH STEEL CORP.,<br><br>      Plaintiff-Intervenors,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant,<br>  and<br><br>U.S. STEEL CORPORATION, BOOMERANG TUBE LLC, ENERGEX TUBE, TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC., and MAVERICK TUBE CORPORATION,<br><br>      Defendant-Intervenors. | Ct. No. 14-00221 |

| | |
|---|---|
| SEAH STEEL CORPORATION,<br><br>      Plaintiff,<br><br>  and<br><br>HYUNDAI HYSCO, HUSTEEL CO., LTD., and NEXTEEL CO., LTD.,<br><br>      Plaintiff-Intervenors,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>  and<br><br>MAVERICK TUBE CORPORATION, BOOMERANG TUBE LLC, ENERGEX TUBE, TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC., and UNITED STATES STEEL CORPORATION,<br><br>      Defendant-Intervenors. | Ct. No. 14-00223 |

| | |
|---|---|
| HYUNDAI HYSCO,<br><br>    Plaintiff,<br><br>and<br><br>ILJIN STEEL CORPORATION, HUSTEEL CO., LTD., AJU BESTEEL CO., LTD., and SEAH STEEL CORP.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>MAVERICK TUBE CORPORATION, BOOMERANG TUBE LLC, ENERGEX TUBE, TEJAS TUBULAR PRODUCTS, TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC., and UNITED STATES STEEL CORPORATION,<br><br>    Defendant-Intervenors. | Ct. No. 14-00238 |
| MAVERICK TUBE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>HUSTEEL CO., LTD.,<br><br>    Defendant-Intervenor. | Ct. No. 14-00243 |

4

| | | |
|---|---|---|
| AJU BESTEEL CO., LTD., | ) | |
|     Plaintiff, | ) | |
| and | ) | |
| HUSTEEL CO., LTD., | ) | |
|     Plaintiff-Intervenor, | ) | Ct. No. 14-00253 |
| v. | ) | |
| UNITED STATES, | ) | |
|     Defendant, | ) | |
| and | ) | |
| MAVERICK TUBE CORPORATION, | ) | |
|     Defendant-Intervenor. | ) | |
| ILJIN STEEL CORPORATION, | ) | |
|     Plaintiff, | ) | |
| and | ) | |
| HUSTEEL CO., LTD., | ) | |
|     Plaintiff-Intervenor, | ) | Ct. No. 14-00257 |
| v. | ) | |
| UNITED STATES, | ) | |
|     Defendant. | ) | |

| | |
|---|---|
| UNITED STATES STEEL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>HUSTEEL CO., LTD., )<br>)<br>Defendant-Intervenor. )<br>) | Ct. No. 14-00264 |

## ORDER

Upon consideration of Husteel Co. Ltd.'s Consent Motion to Consolidate the above-captioned cases, and all other pertinent papers, it is hereby:

**ORDERED** that the movant's Motion is granted; and it is further

**ORDERED** that *NEXTEEL Co., Ltd. v. United States*, Court No. 14-221; *SeAH Steel Corporation v. United States*, Court No. 14-223; *Hyundai HYSCO v. United States*, Court No. 14-238; *Maverick Tube Corporation v. United States*, Court No. 14-243; *AJU Besteel Co., Ltd. v. United States*, Court No. 14-253; *ILJIN Steel Corporation v. United States*, Court No. 14-257; and *United States Steel Corporation v. United States*, Court No. 14-264, are consolidated into lead case *Husteel Co., Ltd. v. United States*, Court No. 14-215.

**SO ORDERED.**

Dated: 12/4, 2014  
New York, NY

/S/   Jane A. Restani  
         Judge

9117950 v1